**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

<table>
<tr>
<td>

RENZO FRANCESCO VILLANUEVA-REGALADO,

                 Petitioner,

v.

U.S. DEPARTMENT OF HOMELAND
SECURITY (DHS), *et al.*,

                 Respondent.

</td>
<td>

Civil Action No. 26-3835 (GC)

**MEMORANDUM & ORDER**

</td>
</tr>
</table>

Petitioner Renzo Francesco Villanueva-Regaldo is proceeding *pro se* with a petition (Petition) for writ of habeas corpus pursuant to 28 U.S.C. § 2241.[1] (ECF No. 1.) According to his Petition, Petitioner is being held in immigration detention at Delaney Hall Detention Facility in Newark, New Jersey. (*Id.* at 1.) Petitioner also has filed an application to proceed *in forma pauperis* ("IFP") (IFP Application) (ECF No. 1-1) and an emergency motion to stay removal (Motion to Stay) (ECF No. 2). Chief Judge Renee Marie Bumb has entered a Text Order enjoining Petitioner's transfer from New Jersey pending further Order of the Court. (ECF No. 3.)

Under Rule 4 of the Rules Governing Section 2254 Cases ("Habeas Rule 4"), applicable to 28 U.S.C. § 2241 cases through Habeas Rule 1(b), the Court must promptly examine the Petition to determine whether it should be dismissed on the grounds that "it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief." "If the petition is not

---

[1]    Petitioner names as Respondents: U.S. Department of Homeland Security (DHS); Immigration and Customs Enforcement (ICE); Field Office Director, Newark, NJ. (ECF No. 1 at 2.)

dismissed, the judge must order the respondent to file an answer, motion, or other response within a fixed time, or to take other action the judge may order." Habeas Rule 4.

This Court has screened the Petition for dismissal pursuant to Habeas Rule 4 and has determined that dismissal without an expedited answer and production of the record is not warranted.

Pursuant to the All Writs Act, *see* 28 U.S.C. § 1651(a) (empowering the federal courts to "issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law"), the Court orders that Petitioner shall not be transferred from the District of New Jersey, or removed from the United States, pending further order of this Court.

**IT IS**, therefore, on this 15th day of April, 2026, **ORDERED** as follows:

**ORDERED** that Petitioner's IFP Application (ECF No. 1-1) is **GRANTED**; and it is further

**ORDERED** that Respondents **SHALL NOT TRANSFER** Petitioner from the District of New Jersey, and **SHALL NOT REMOVE** Petitioner from the United States, pending further order of this Court; and it is further

**ORDERED** that Petitioner's Motion to Stay (ECF No. 2) is **DENIED** as moot; and it is further

**ORDERED** that the Clerk of the Court shall **TERMINATE** the Motion pending at ECF No. 2; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of the Petition (ECF No. 1), the IFP Application (ECF No. 1-1), the Motion to Stay (ECF No. 2), and this Memorandum and Order upon Respondents by electronic mail and regular U.S. Mail, with all costs of service advanced by the United States; and it is further

2

**ORDERED** that the Clerk of the Court shall serve a copy of the Petition (ECF No. 1), the IFP Application (ECF No. 1-1), the Motion to Stay (ECF No. 2), and this Memorandum and Order to the Chief, Civil Division, United States Attorney's Office, at the following email address: USANJ-HabeasCases@usdoj.gov; and it is further

**ORDERED** that, within seven (7) days of the date of entry of this Memorandum and Order, Respondents shall file and serve a full and complete answer to the Petition, which responds to the factual and legal allegations of the Petition; and it is further

**ORDERED** that the answer shall state the statutory authority for Petitioner's detention, *see* 28 U.S.C. § 2243, and provide the relevant legal analysis and record; and it is further

**ORDERED** that Respondents shall raise in the answer any appropriate defenses and relevant legal arguments with citations to appropriate legal authority; and it is further

**ORDERED** that, with the answer, Respondents shall electronically file, and serve on Petitioner, certified copies of the administrative record and all other documents relevant to Petitioner's claims; and it is further

**ORDERED** that all exhibits to the answer must be identified by a descriptive name in the electronic filing entry, for example:

"Exhibit #1 Transcript of [type of proceeding] held on XX/XX/XXXX" or

"Exhibit #2 Opinion entered on XX/XX/XXXX by Judge YYYY"; and it is further

**ORDERED** that Petitioner may file and serve a reply in support of the Petition within five (5) days after the answer is filed; and it is further

**ORDERED** that within three (3) days after any change in Petitioner's custody or immigration status (be it release or otherwise) occurring any time during the pendency of this case, Respondents shall electronically file a written notice of the same with the Clerk of the Court.

**ORDERED** that the Clerk of the Court shall serve a copy of this Memorandum and Order upon Petitioner by regular U.S. mail.

**GEORGETTE CASTNER**
**United States District Judge**

4